# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA LANUM,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07cv1948 JM(CAB)<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS; REFERRAL TO MAGISTRATE JUDGE |

**Motion to Proceed In Forma Pauperis**

Plaintiff has submitted an application to proceed in forma pauperis. Plaintiff declares that she is unemployed and possesses no significant source of income or asset. Accordingly, the Court **GRANTS** plaintiff's request to proceed in forma pauperis.

After a careful review of the pleadings, the Court orders as follows:

1. The request to proceed in forma pauperis is **GRANTED**.

2. The Clerk of Court shall serve a copy of this order on the United States Attorney General or an authorized representative.

**Referral to Magistrate Judge**

Plaintiff brings this action for review of a decision of the Commissioner of Social Security denying her benefits. All matters arising in this social security appeal are hereby referred to United States Magistrate Cathy Bencivengo for a report and

1 | recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule
2 | 72.1(c)(1)(c). When the parties seek to file motions for summary judgment in this case,
3 | the parties shall contact the chambers of Magistrate Judge Bencivengo to secure
4 | scheduling, filing and/or hearing dates.

**IT IS SO ORDERED.**

DATED: November 7, 2007

Hon. Jeffrey T. Miller
United States District Judge

cc:		All parties