# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| WANDA LANUM | CASE NO. 07cv1948 JM(CAB) |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

Having carefully considered Magistrate Judge Cathy Ann Bencivengo's thorough and thoughtful Report and Recommendation ("R & R") regarding the recommendation to grant Plaintiff's motion for summary judgment, to deny Defendant's motion for summary judgment, and to remand the case to the Social Security Administration for a calculation of benefits; the record before the court; the absence of any objections to the R & R; and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the court grants Plaintiff's motion for summary judgment, denies Defendant's motion for summary judgment, and remands the case to the Social Security Administration for a calculation of benefits. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

DATED: March 17, 2009

Hon. Jeffrey T. Miller
United States District Judge